UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SUPPRESSED

JUN 27 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. _____ |
| vs. ) | |
| ) | **4:19CR00499 JAR/SPM** |
| JUANITA STERLING, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about April 25, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JUANITA STERLING,**

the Defendant herein, knowingly possessed ammunition, knowing she had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and the ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney